212   303
223   ²317

# Arnold *v.* Russell Car & Snow Plow Company, Appellant.

*Appeals—Interlocutory decree—Equity—Assignment of error.*

A decree of the court of common pleas overruling a demurrer to a bill in equity and directing the defendant to answer, is an interlocutory decree from which no appeal lies.

Assignments of error to orders appointing a receiver and granting an injunction, and continuing the injunction and receiver, without quoting the orders, are incomplete and will not be considered.

Argued May 2, 1905. Appeal, No. 119, Jan. T., 1905, by defendants, from decree of C. P. Elk Co., April T., 1905, No. 1, on bill in equity in case of N. T. Arnold ·et al. v. Russell Car & Snow Plow Company and J. W. Russell. Before MITCHELL, C. J., DEAN, BROWN, MESTREZAT and POTTER, JJ. Appeal quashed.

Bill in equity for an injunction and receiver.

The court entered a decree overruling the demurrer and requiring the defendant to answer over.

*Errors assigned* among others were as follows:

1. The court erred in its order of December 8, 1904, appointing a receiver and granting a preliminary injunction.

2. The court erred in its order of January 6, 1905, continuing the injunction and receiver.

3. The court erred in not dismissing plaintiff's bill.

*Fred H. Ely*, for appellant.

*Harry Alvan Hall*, with him *Eugene H. Baird*, for appellee.

OPINION BY MR. JUSTICE MESTREZAT, May 24, 1905:

This is an appeal from the decree of the court below in overruling a demurrer to a bill in equity and directing the defendants to answer over. The first two assignments of error

are incomplete, and will not be considered: Cessna's Estate, 192 Pa. 14. The decree is interlocutory and not final, and hence no appeal lies.

The appeal is quashed.